PROB 12B
(Rev. 5/21)

# UNITED STATES DISTRICT COURT

FOR THE

Eastern District of Kentucky

*Eastern District of Kentucky*
**FILED**

FEB 06 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Person Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Person Under Supervision:  Harlan Damron          Case Number:  7:15-CR-005-DCR-02

Name of Sentencing Judicial Officer:  Honorable Danny C. Reeves, U.S. District Judge

Date of Original Sentence:  4/28/2016

Original Offense:  Conspiracy to Commit Arson

Original Sentence:  65 months imprisonment; 3 years supervised release
   TSR revoked 5/6/2021:  6 months imprisonment; 30 months supervised release
   TSR revoked 8/17/2023:  18 months imprisonment; 12 months supervised release

Type of Supervision:  Supervised Release          Date Supervision Commenced:  9/30/2024

---

### PETITIONING THE COURT

☐  To extend the term of supervision for _____ Years, for a total term of _____ Years.
☒  To modify the conditions of supervision as follows:

The defendant shall submit his or her person, property, house, vehicle, papers, [computers (as defined by 18 U.S.C. § 1030 (e)(1)), other electronic communications or data storage devices or media,] of office to search conducted by a United States probation officer or designee.  Failure to submit to a search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exits that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner. Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.

### CAUSE

Your Honor, Damron's supervision was transferred to Eastern District of Tennessee on January 24, 2025. As part of the transfer, they requested to add their search condition. Damron agreed to the addition of the search condition.

February 6, 2025
Page 2

Harlan Damron
Docket No.: 7:15-CR-005-DCR-02
**PROB 12B**

Respectfully submitted,

*Glenn Collins*

Glenn Collins
Senior U.S. Probation Officer
February 6, 2025

---

THE COURT ORDERS:

☐ No action.
☐ The extension of supervision as noted above.
☑ The modification of conditions as noted above.
☐ Other

_____
Signature of Judicial Officer

Feb. 6, 2025
_____
Date

PROB 49
EDTN79 – 12/2006

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extended Term of Supervision

## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF KENTUCKY

Name of Offender: Harlan Keith Damron
Docket Number: 7:15CR00005-002

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The defendant shall submit his or her person, property, house, vehicle, papers, [computers (as defined by 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] of office to a search conducted by a United States probation officer or designee. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner. Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.

Witness: *Pam Higgins* — Signed: *Harlan Keith Damron*
Pam Higgins                          Harlan Keith Damron
United States Probation Officer      Probationer or Supervised Releasee

January 14, 2025
Date